Ian A. Rambarran, Bar No. 227366
irambarran@klinedinstlaw.com
Bryan R. Delgado, Bar No. 330008
BDelgando@klinedinstlaw.com
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for GREYHOUND LINES INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

LUIZ E LIMA DE MORAES,

      Plaintiff,

    v.

GREYHOUND LINES INC., and
DOES 1 through 10, inclusive,

      Defendants.

Case No.

**NOTICE OF REMOVAL**

      PLEASE TAKE NOTICE that Defendant GREYHOUND LINES, INC. hereby removes to this Court the state court action described below.

      1.    On June 5, 2023, an action was commenced in the Superior Court of the State of California in the County of Los Angeles, entitled *Luiz E. Lima De Moraes v. Greyhound Lines Inc., et al.*, as Case Number 23LBCV00973. A copy of the complaint is attached hereto as Exhibit 1.

      2.    On or about July 17, 2023, Greyhound Lines Inc. was served with the Complaint in this matter. A copy of the proof of service is attached hereto as Exhibit 2.

      3.    This is a civil action of which this Court has original jurisdiction under 49 U.S.C. § 14706, and 28 U.S.C. § 1337(a), and is one which may be removed to this Court by Defendant Greyhound Lines Inc. pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

arising under federal law with an amount in controversy exceeding $10,000.00 from the allegations of the relevant complaint.

4. <u>Removal is Timely</u>. Plaintiff served Defendant Greyhound Lines Inc. on or about July 17, 2023. Greyhound Lines Inc. had until August 17, 2023, thus the removal is timely.

5. <u>Plaintiff's state law claims are preempted by the Carmack Amendment under the artful pleading doctrine</u>. Under the "artful pleading doctrine," even a well-pleaded state law claim presents a federal question, for jurisdictional purposes, when a federal statute has completely preempted that particular area of law. *Hall v. North American Van Lines, Inc* (9th Cir. 2007) 476 F.3d 683, 687. The Ninth Circuit has held that the Carmack Amendment is the exclusive cause of action and preempts any state law claims for alleging delay, loss, or failure to deliver or damage to property, where the minimum amount in controversy is satisfied ($10,000.00). *Id.* at 688-699. Plaintiff's complaint alleges loss, damage or failure to deliver property across state lines and seeks damages in the amount of $40,000.00. A copy of the complaint is attached hereto as Exhibit 1.

6. <u>Venue is appropriate</u>. Venue is appropriate before this Court pursuant to 28 U.S.C. § 1446(a) in that the removed action was filed in the Superior Court, State of California, County of Los Angeles.

7. As required by 28 U.S.C. § 1446(d), Defendant will provide notice of the filing of this notice to Plaintiff and to the clerk of the Superior Court for the County of Los Angeles, where the action is currently pending.

8. Defendant, therefore, respectfully requests that this matter be removed to, and proceed hereinafter, in this Court, and that no further proceedings in this matter take place in the Superior Court for Los Angeles.

KLINEDINST PC

DATED:  August 17, 2023          By: _____*/s/ Ian A. Rambarran*_____
                                                        Ian A. Rambarran
                                                        Bryan R. Delgado
                                                        Attorneys for GREYHOUND LINES INC.

# EXHIBIT 1

1   LUIZ E. LIMA DE MORAES

**FILED**
Superior Court of California
County of Los Angeles

**JUN 05 2023**

David W. Slayton, Executive Officer/Clerk of Court
By: A. Miranda, Deputy

2   1970 E. 16TH ST APT N301
   NEWPORT BEACH, CA 92663

3   (973)262-7294
   luiwrjj@gmail.com

4

5   IN PRO-PER

6              SUPERIOR COURT OF CALIFORNIA

7   COUNTY OF LOS ANGELES, GOVERNOR GEORGE DEUKMEJIAN COURTHOUSE

8                    SOUTH DISTRICT

9

10

11

12                              Case No.:   **23LBCV00973**

13   LUIZ E. LIMA DE MORAES,

14          Plaintiff,                **Date:**   **1/20/2023**

15   vs.

16   GREYHOUND LINES INC., and DOES     **COMPLAINT FOR DAMAGES:**

17   1 through 10, inclusive.             **1. BREACH OF CONTRACT**
                             **2. BREACH OF IMPLIED WARRANTY**

18         Defendants.            **OF DELIVERY OF VALUABLES**
                             **3. LOSS OF VALUABLE GOODS**

19                              **NEGLIGENCE**

20

21                            **DEMAND FOR JURY TRIAL**

22

23

24       Plaintiff, LUIZ E. LIMA DE MORAES, ("Plaintiff") an individual, alleges against

25   Defendant GREYHOUND LINES INC. ("Defendant"), an individual, and DOES 1-10, inclusive

26   as follows:

27

28   COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF
    VALUABLE GOODS

# I.   THE PARTIES

1.  Plaintiff, LUIZ E. LIMA DE MORAES, is and was at all relevant times, a resident of the State of California.

2.  Defendant, GREYHOUND LINES, Inc., is and was at all relevant times, an Express Package Delivery Company in the State of California.

3.  Plaintiff is unaware of the true names and capacities, whether individual, corporate, agent, representative, or otherwise, of the Defendants named herein as DOES 1 through 10 and therefore sue such Defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that DOES 1 through 10 are persons, corporations, partnership, or other entities that were agents of Defendants, or have directed, approved, committed, colluded with Defendants to commit, participated in, or added and abetted the acts and transactions alleged in this complaint. Each is therefore liable for the acts alleged in this complaint. The true names, capacities, and/or roles of DOES 1-10 are unknown to Plaintiffs, and Plaintiffs will amend this complaint when their true names, capacities, and roles are known.

4.  Plaintiff alleges that, at all material times herein mentioned, each Defendant was the agent, principal, servant, representative, employer, employee, joint venturer, co-conspirator, partner of any kind), parent, subsidiary, affiliate and/or alter ego with the authority and consent of the remaining co-Defendants except where otherwise specially described.

5.  Plaintiff alleges that Defendants conspired to and did commit the misconduct herein alleged in furtherance of their conspiracy to accomplish their unlawful purposes. Defendants, and each of them, caused injury to Plaintiff.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

expensive clothing, shoes, sunglasses, watches, power tools, tools, backpacks, and more personal things that were a value to Plaintiff.

10. At the conclusion Plaintiff beliefs that missing boxes were stolen from someone that works or provides services for Defendant because the 7 boxes that were received by Plaintiff it seemed like someone had previously opened the boxes with a knife or a sharp object to see what was inside. Plaintiff had previously covered the boxes all around with plastic and tape when shipped and when Plaintiff received boxes looked like plastic was cut and retaped.

11. On August 27, 2022 Plaintiff immediately contacted Defendant to notify that there was 5 boxes still missing and filed a claim statement with Defendant. **See Exhibit C**

12. On August 29, 2022 Defendant emailed Plaintiff a letter acknowledging the receipt of claim that Plaintiff had submitted regarding the loss of shipment and claim number #GLI-3090314062 was provided by Defendant. Defendant also informed Plaintiff that claim was still being reviewed and that final review was scheduled to be on October 27, 2022. **See Exhibit D**

13. On October 21, 2022 Plaintiff received an apology letter by email from Defendant stating that Defendant had reviewed claim under Busbill#3090316614 that Plaintiff had submitted for the loss of property. Defendant stated that package had been released to recipient on 09/08/2022, therefore Defendant was closing the loss claim that was filed. Defendant also stated that if Plaintiff did not receive all of the shipments to revise and provide an itemized list. **Exhibit E**

14. Plaintiff made many attempts by calling Defendant to review his claim again but to his surprise Plaintiff was told by a recorded message by phone that Defendant ("Greyhound Lines, Inc.") had shut down the customer service number and entire company. That Defendant ("Greyhound Lines, Inc.") was no longer offering shipping service. Plaintiff was informed that any questions should be done by email.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

## II.   JURISDICTION AND VENUE

6.   Jurisdiction and venue are proper in this Court under California Code of Civil Procedure §§ 395(a), 395.5 *et. Seq.* because a substantial part of the events or omissions giving rise to the claims occurred in this County because the conduct and at issue occurred in this county.

## III.   GENERAL ALLEGATIONS

7.   On or around July 29, 2022, Plaintiff hired the Defendant ("Greyhound Lines, Inc.") for package delivery service to have 8 large boxes be shipped to Plaintiffs new home in Long Beach, California from his old home in New Jersey. Defendant emailed Plaintiff a thank you letter for the purchase of Greyhound shipment. An order number #855454 for tracking was provided and 8 shipping labels to have them taped to the boxes were also attached to the email received on 07/29/2022. **See Exhibit A**

8.   On or around August 1, 2022, Plaintiff hired and paid $442.68 on August 2, 2022 to the Defendant ("Greyhound Lines, Inc.") for package delivery service to have 4 large boxes be shipped to Plaintiffs new home in Long Beach, California from his old home in in New Jersey. Defendant emailed Plaintiff a thank you letter for the purchase of Greyhound shipment. An order number #859159 for tracking was provided and 4 shipping labels to have them taped to the boxes were also attached to the email received on 08/01/2022.  **See Exhibit B**

9.   Over the course of waiting for almost a month, Plaintiff received part of the boxes that he had shipped with Defendants shipping service. Plaintiff received only 7 out 12 boxes that Plaintiff had shipped with Defendants shipping services. Plaintiff became frustrated when he saw that the 5 boxes that were still not delivered and missing and were the ones that had the most valuable goods such as electronics, speakers, surveillance cameras, Apple watch, decorations,

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

expensive clothing, shoes, sunglasses, watches, power tools, tools, backpacks, and more personal things that were a value to Plaintiff.

10. At the conclusion Plaintiff beliefs that missing boxes were stolen from someone that works or provides services for Defendant because the 7 boxes that were received by Plaintiff it seemed like someone had previously opened the boxes with a knife or a sharp object to see what was inside. Plaintiff had previously covered the boxes all around with plastic and tape when shipped and when Plaintiff received boxes looked like plastic was cut and retaped.

11. On August 27, 2022 Plaintiff immediately contacted Defendant to notify that there was 5 boxes still missing and filed a claim statement with Defendant. **See Exhibit C**

12. On August 29, 2022 Defendant emailed Plaintiff a letter acknowledging the receipt of claim that Plaintiff had submitted regarding the loss of shipment and claim number #GLI-3090314062 was provided by Defendant. Defendant also informed Plaintiff that claim was still being reviewed and that final review was scheduled to be on October 27, 2022. **See Exhibit D**

13. On October 21, 2022 Plaintiff received an apology letter by email from Defendant stating that Defendant had reviewed claim under Busbill#3090316614 that Plaintiff had submitted for the loss of property. Defendant stated that package had been released to recipient on 09/08/2022, therefore Defendant was closing the loss claim that was filed. Defendant also stated that if Plaintiff did not receive all of the shipments to revise and provide an itemized list. **Exhibit E**

14. Plaintiff made many attempts by calling Defendant to review his claim again but to his surprise Plaintiff was told by a recorded message by phone that Defendant ("Greyhound Lines, Inc. ") had shut down the customer service number and entire company. That Defendant ("Greyhound Lines, Inc.") was no longer offering shipping service. Plaintiff was informed that any questions should be done by email.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

# FIRST CAUSE OF ACTION

**(Breach of Contract- Against Greyhound Lines Inc. and All DOE Defendants)**

15. Plaintiff realleges each and every allegation contained in the foregoing paragraphs of the Complaint as it set forth in full herein.

16. Plaintiff and Defendant ("Greyhound Lines Inc.") had an agreement for Greyhound Lines Inc. to deliver the Boxes to Plaintiff in express manner and good condition as described herein and attached as **Exhibit A**.

17. As described above, Defendants have failed to fulfill their obligations under the AGREEMENT.

18. As a direct and proximate result of Defendants' wrongful acts, Plaintiff has been damaged in a sum not yet fully known but Plaintiff will set forth such sum when more fully known or at the time of trial.

19. As a further direct and proximate result of Defendants 'actions against Plaintiff, as alleged above, Plaintiff has suffered and continues to suffer general damages including but not limited to significant and enduring emotional distress including mental anguish and physical distress, injury to mind and body, in a sum to be proven at time of trial.

# SECOND CAUSE OF ACTION

**(Breach of Express Warranty- Against Greyhound Lines Inc. and All DOE Defendants)**

20. Plaintiff re-alleges and incorporates by reference paragraphs 1-19, above inclusive, as though fully set forth herein.

21. Plaintiff's purchase of delivery service was accompanied by Defendants' express warranty from Greyhound Lines Inc. and all DOE defendants.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

22. The defects and nonconformities manifested themselves within the applicable express warranty period. The nonconformities impair the use of valuable goods.

23. Plaintiff has notified Defendants of the missing boxes of valuable goods on numerous occasions and has spent almost six months waiting to receive his valuable goods delivered. By failing to deliver my valuable goods as alleged above, or to issue a refund or replacement, Defendants are in breach of their obligations under the express warranty.

24. As a direct and proximate result of Defendants' wrongful acts, Plaintiff LUIZ E. LIMA DE MORAES has been damaged in a sum not yet fully know but in excess of $40,000. Plaintiff will set forth such sum when more fully known or at the time of trial.

## THIRD CAUSE OF ACTION

**(Negligence For Loss of Goods- Against Greyhound Lines Inc. and All DOES)**

25. Plaintiff incorporates all preceding paragraphs as though alleged in full in this cause of action.

26. Defendant and their agents negligently engaged in certain acts as alleged herein and above, which proximately resulted in injury and emotional distress to Plaintiff.

27. At all times herein, Defendants knew, or in the exercise of ordinary care should have known, that unless Defendants and their agents ceased to engage in the aforementioned acts, or intervened to protect Plaintiffs' valuable goods, as alleged herein, that the conduct would continue , thereby subjecting Plaintiff to personal injury and emotional distress.

28. As a direct, proximate and foreseeable result of Defendants' actions against Plaintiff, as alleged above, Plaintiff has suffered special damages in an amount to be proven at time of trial, in excess of the minimum jurisdictional requirements of this court.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

29. As a further direct and proximate result of Defendants' actions against Plaintiff, as alleged above, Plaintiff has suffered and continues to suffer general damages including but not limited to significant and enduring emotional distress including mental anguish and physical distress, injury to mind and body, in a sum to be proven at time of trial, in excess of the minimum jurisdictional requirements of this court.

30. Defendants' intentional act resulted in foreseeable emotional distress to Plaintiff, and Defendants' actions were fraudulent, malicious and oppressive. Plaintiff is thus entitled to and herein seeks punitive and exemplary damages from Defendants, in an amount according to proof at trial, to punish Defendants and others from engaging in similar future conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in the amount of $40,000

2. For special damages according to proof at trial;

3. For punitive damages in a sum according to proof at trial;

4. For other monetary damages according to proof at trial;

5. For costs of suit incurred in this action; and

6. For such other and further relief as the court deems proper.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 20th day of January, 2023 in the City of Long Beach, CA

*Luiz Eduardo Lima De Moraes*

LUIZ E. LIMA DE MORAES, Plaintiff

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

# EXHIBIT (A)

## Fwd: GPX Ship Labels

From:  luiz eduardo Moraes (luiwrjj@gmail.com)

To:  andradesnotary_taxservice@yahoo.com

Date:  Wednesday, January 18, 2023 at 11:51 AM PST

Sent from my iPhone

Begin forwarded message:

> **From:** Kevin Pierce <kevdaneane@mac.com>
> **Date:** July 29, 2022 at 07:20:10 PDT
> **To:** luiwrjj@gmail.com
> **Subject:** GPX Ship Labels

Luiz,

Thank you for choosing Busfreighter.com to purchase your Greyhound shipment.

\* Please be advised that courier service is for Ground Floor only unless there is elevator access. If no elevator access, the shipment will need to be picked up and/or delivered at the Ground Floor entrance. Couriers are *requested* to call 30 minutes prior to their arrival.

\*\*NOTE: Time estimates provided are *not guaranteed* but provided as general guidance for planning purposes. Larger/oversized items/shipments may experience longer than estimated transit times. Transit times are indicated in business days.

If you have any issues please contact Greyhound Package Express Customer Care Team at 1-800-739-5020 or email Greyhound.Support@Greyhound.com. You should reference your GPX order number listed below. They will be more than happy to assist you.

Attached are your shipping labels. Simply print, cutout and tape to your boxes.

Your GPX order number is **855454** and Your tracking number will be assigned once processed at your local Greyhound terminal.

Thanks again,

Tracy
Busfreighter.com

## What is the maximum weight and size per box accepted by Greyhound© Package Express?

# GREYHOUND LINES, INC.

## EXPRESS TRACER/CLAIM STATEMENT

Greyhound Lines, Inc.
Attn: Package Express Department
350 N. St. Paul Street, Dallas, Texas 75201
Fax: 214-594-3197
Email: Greyhound.ExpressClaims@greyhound.com

☐ LOSS ☐ DAMAGE ☑ OTHER

08-27-2022
Luis Eduardo Lima de Morales
525 W. Daisy Ave
Long Beach CA 90802

luis119@yahoo.com

This claim is for $5200 is made against (carrier name): Greyhound

Sell claim is for: accurately describe the outside appearance of the container indicating the size, color, type of material, identifying labels, etc. of shipment; describe type, make, material and color (list chart on reverse side of copy no. 3). Description of shipment:

Clothes, sheets, soft bath towels, electronics, speakers,
notebook, radio, tools, valuables, stones, kitchen stuffs,
personal hygiene products.

☐ PREPAID ☐ COLLECT $ Dollar Good

08-02-2022 1000 05 06 ☑ SHIPPED ☐ RECEIVED

Name and Address of Shipper: Luis Eduardo Lima de Morales 525 W. Daisy Ave
Long Beach CA 90802

Name and Address of Consignee (To Whom Shipped)

| QUANTITY | DESCRIPTION OF ARTICLES (Indicate trade name, type, material, color, and nature and extent loss/damage) | COST TO CLAIMANT | DATE OF PURCHASE | PRESENT DEPRECIATED VALUE |
|---|---|---|---|---|
| | Clothes, sheets, soft bath towels | | | |
| | electronics, speakers, notebook radio | | | |
| | Tools, valuables, stones, kitchen stuffs | | | |
| | personal hygiene products | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more space is needed, attach another sheet.
If property is covered by insurance, give the name and address of the Insurance Company.

TOTAL

IMPORTANT: The Original Copy of the Bus Bill and any Sales Slips, Invoices, or other verification of the purchase value of articles listed above must be attached to this Statement.
The foregoing statement of facts is hereby certified to as correct.

Trading
Agent/

Claimant
Signature: Luis de Morales Dallas 08-27-2022

Title

Location

Date of Claim
Tracer

Date Claim
Received

Phone No. 97-326-272  Secondary
Phone No.

A-974-27 (REV 12/21)

CLAIM DEPARTMENT

Hi, I am writing this claim to try to get my belongs back to me or at least obtain a fair compensation for the incident that we had with my shipment that never arrived. I ask for you guys to track my boxes and delivery that to me ASAP, otherwise I will have to take legal actions against greyhound to resolve this matter. I spent money and time to buy new bath towels, kit stuffs, sheets for my bed and some clothes for myself due this big inconvenience made for you guys. Please respond to my request asap.
Sent from my iPhone

# EXHIBIT (C)

Maximum weight per piece is 100 pounds and the maximum size that will fit under the bus is 29"x47"x82". Items exceeding the above weight and/or size will NOT be accepted by Greyhound Package Express for transport.

## Why is the receipt I received from Greyhound different from the amount paid to Busfreighter?

The amount on the receipt is the amount Greyhound charges Busfreighter.com and is substantially discounted (even more discounted than the discounted rates offered by Busfreighter). The difference/variance in pricing is how the website generates income. In all cases, refer to your Busfreighter order details regarding weight allowances and such to determine if additional accessorial rates may be applicable...not to the rate documentation or information provided at the station.


Screen Shot 2019-08-27 at 7.46.38 AM.png
15.3kB


GPX.pdf
36.3kB

| SRef# | Total Weight: 500 | SRef# | Total Weight: 500 | SRef# | Total Weight: 500 |
|---|---|---|---|---|---|
| CBL# | | CBL# | | CBL# | |
| PO# | Total Pieces: 8 | PO# | Total Pieces: 8 | PO# | Total Pieces: 8 |

855454



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 1 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**

855454

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 2 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**

855454

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 3 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**

| SRef# | Total Weight: 500 | SRef# | Total Weight: 500 | SRef# | Total Weight: 500 |
|---|---|---|---|---|---|
| CBL# | | CBL# | | CBL# | |
| PO# | Total Pieces: 8 | PO# | Total Pieces: 8 | PO# | Total Pieces: 8 |

855454

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 4 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294




855454

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 5 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294




855454

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 6 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**                    **1-800-739-5020**                                        **1-800-739-5020**

SRef#                          Total Weight: 500
CBL#
PO#                            Total Pieces: 8

855454



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 7 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD

Luiz Eduardo De Moraes-DLVYRQD

325 1/2 Daisy Ave

Long Beach, CA 90802

9732627294



**1-800-739-5020**

SRef#                          Total Weight: 500
CBL#
PO#                            Total Pieces: 8

855454



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 8 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD

Luiz Eduardo De Moraes-DLVYRQD

325 1/2 Daisy Ave

Long Beach, CA 90802

9732627294



**1-800-739-5020**

# EXHIBIT (B)

## Fwd: GPX Ship Labels

From:  luiz eduardo Moraes (luiwrjj@gmail.com)

To:    andradesnotary_taxservice@yahoo.com

Date:  Wednesday, January 18, 2023 at 11:51 AM PST

Sent from my iPhone

Begin forwarded message:

> **From:** Kevin Pierce <kevdaneane@mac.com>
> **Date:** August 1, 2022 at 12:37:00 PDT
> **To:** luiwrjj@gmail.com
> **Subject: GPX Ship Labels**

Luiz,

Thank you for choosing Busfreighter.com to purchase your Greyhound shipment.

**\* Please be advised that courier service is for Ground Floor only unless there is elevator access. If no elevator access, the shipment will need to be picked up and/or delivered at the Ground Floor entrance.**

NOTE: Time estimates provided are not guaranteed but provided as general guidance for planning purposes. Larger/oversized items may experience longer than estimated transit times.

If you have any issues please contact **Greyhound Package Express** Customer Care Team at 1-800-739-5020 or email Greyhound.Support@Greyhound.com. You should reference your GPX order number listed below. They will be more than happy to assist you.

Attached are your shipping labels. Simply print, cutout and tape to your boxes.

Your GPX order number is **859159** and Your tracking number will be assigned once processed at your local Greyhound terminal.

Thanks again,

Kenny
Busfreighter.com

## What is the maximum weight and size per box accepted by Greyhound© Package Express?

Yahoo Mail - Fwd: GPX Ship Labels

Maximum weight per piece is 100 pounds and the maximum size that will fit under the bus is 29"x47"x82". Items exceeding the above weight and/or size will NOT be accepted by Greyhound Package Express for transport.

## Why is the receipt I received from Greyhound different from the amount paid to Busfreighter?

The amount on the receipt is the amount Greyhound charges Busfreighter.com and is substantially discounted (even more discounted than the discounted rates offered by Busfreighter). The difference/variance in pricing is how the website generates income.  In all cases, refer to your Busfreighter order details regarding weight allowances and such to determine if additional accessorial rates may be applicable...not to the rate documentation or information provided at the station.


busfreighterlogo.gif
5.1kB


GPX Ship Labels.pdf
21.8kB

SRef# Total Weight: 200
CBL#
PO# Total Pieces: 4

859159



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 1 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



**1-800-739-5020**

SRef# Total Weight: 200
CBL#
PO# Total Pieces: 4

859159

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 2 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



**1-800-739-5020**

SRef# Total Weight: 200
CBL#
PO# Total Pieces: 4

859159

**GPX AGENT PLEASE ADD BUSBILL**

**Piece 3 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



**1-800-739-5020**

SRef# Total Weight: 200
CBL#
PO# Total Pieces: 4

859159



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 4 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



about:blank



**SER PPD**

| | |
|---|---|
| EXPRESS $ | 194.00 |
| VALUE $ | 12.00 |
| PICK UP $ | 142.00 |
| DELIVERY $ | 38.50 |
| FUEL-SC $ | 56.18 |

AMT PPD $ 442.68

DELVERY $
FUEL-SC $
STORAGE $

AMT DUE $

**02AUG22 09:06A          ** SHIPPER RECEIPT ****

Manual Wght:   406.0         ZONE:  H      GLI  3090314062

Tariff Wght:   410.0

Pcs:  8   Declared Val:    $1000.00

From:  NEWARK, NJ

   To:  LOS ANGELES, CA

RECV:  LUIZ EDUARDO DE MORAES-DLVYRQD

       325 1/2 DAISY AVE

       LONG BEACH, CA 90802

       Phone:  973-262-7294

SHIP:  DABENT (DOOR-TO-DOOR)

       Phone:  973-262-7294         Account:  0475629

PAID:  ACCT                         PO/Ref: 513724

Agency Phone:  (973)622-4704        WWW.SHIPGREYHOUND.COM



Yahoo Mail - Fwd: 0001309031406Z request reimbursement

Fwd: 00013090314062 request reimbursement

From: luiz eduardo Moraes (luiwrjj@gmail.com)

To:    andradesnotary_taxservice@yahoo.com

Date:  Wednesday, January 18, 2023 at 11:57 AM PST

Sent from my iPhone

Begin forwarded message:

> From: luiz eduardo Moraes <luiwrjj@gmail.com>
> Date: August 27, 2022 at 18:01:14 PDT
> To: greyhound.expressclaims@greyhound.com
> Subject: 00013090314062 request reimbursement

# GREYHOUND LINES, INC.

☐ LOSS ☐ DAMAGE ☒ OTHER

## EXPRESS TRACER/CLAIM STATEMENT

Greyhound Lines, Inc.
Attn: Package Express Department
350 N. St. Paul Street · Dallas, Texas 75201
Fax: 214.594.3187
Email: Greyhound.Expressclaims@greyhound.com

**DATE** 08-27-2022
**NAME** Luiz Edriando Lima de Moraes
**ADDRESS** 325 '12 Daisy Ave
**CITY/STATE/ZIP** Long beach   90802
**EMAIL** Wiwyile.gmail.com

This claim is for $ 10000 is made against (carrier name): Greyhound

If claim is for loss, accurately describe the container indicating the size, color, type of material, identifying label etc. If baggage, describe type, make, material and color (see chart on reverse side of copy no. 3). Description of shipment(s):

Clothes, sheets set bath towels, electronics, speakers, notebook, power tools, religious statues, kitchen stuffs, personal hygiene products

☒ PREPAID  ☐ COLLECT  ☐ C.O.D.

**DATE ISSUED** 08-02-2022
**DECLARED VALUE** 1000
**WEIGHT** 165 LBS.
**NUMBER OF PIECES SHIPPED** 4
**RECEIVED** 0

Name and Address of Shipper: Luiz Edriando Lima de Moraes. 325 '12 Daisy Ave Long beach CA. 90802.

Name and Address of Consignee (To Whom Shipped)

List and describe every item in your shipment which has been lost or damaged as indicated below. This list must be complete.

| QUANTITY | DESCRIPTION OF ARTICLES (Indicate trade name, type, material, color, and nature and extent loss/damage) | COST TO CLAIMANT | DATE OF PURCHASE | PRESENT DEPRECIATED VALUE |
|---|---|---|---|---|
| | clothes, sheets set bath towels | | | |
| | electronics, speakers notebook power | | | |
| | tools, religious statues, kitchen stuffs | | | |
| | personal hygiene products | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | TOTAL | | |

If more space is needed, attach another sheet.

If property is covered by insurance, give the name and address of the Insurance Company:

**IMPORTANT:** The Original Copy of the Busbill, and any Sales Slips, Invoices, or other verification of the purchase value of articles listed abc must be attached to this Statement.

The foregoing statement of facts is hereby certified to as correct.

Tracing Agent:

Location:

Date of Tracer:

Date Claim Received:

Claimant Signature: Luiz de Moraes   Date 08/27/2

Title:

Phone No: 9732627291   Secondary Phone No:

2.3

# EXHIBIT (D)

Fwd: Package Express Claims / Case 196325 [ ref:_00D30150b._5001T1isvrM:ref ]

From:  luiz eduardo Moraes (luiwrjj@gmail.com)

To:     andradesnotary_taxservice@yahoo.com

Date:   Wednesday, January 18, 2023 at 11:53 AM PST


Sent from my iPhone

Begin forwarded message:

> **From:** Expressclaims <greyhound.expressclaims@greyhound.com>
> **Date:** August 29, 2022 at 08:22:03 PDT
> **To:** luiwrjj@gmail.com
> **Subject:** Package Express Claims / Case 196325   [ ref:_00D30150b._5001T1isvrM:ref ]

> Dear Mr. de Moraes,

> This letter will acknowledge the receipt of the claim you submitted regarding your loss express shipment transported under waybill **GLI-3090314062** dated **August 27, 2022**.

> In accordance with the Bus Industry tariff regulations, we are permitted sixty days, from the filing date of your claim, in which to search for delayed or missing Package Express shipments.

> At this time, your claim is still being reviewed. This file is scheduled for final review on **October 27, 2022**.

> If your address has changed since the submission of your claim, please forward your change of address in writing to our email address as shown above.

> We sincerely apologize for any inconvenience this has caused you.

> Sincerely,

> *Customer Support*
> *1.800.739.5020*
> *Greyhound.expressclaims@greyhound.com*


> ref:_00D30150b._5001T1isvrM:ref

# EXHIBIT (E)

\# 3

Fwd: Greyhound Package Express-Claims department [ ref:_00D30150b._5001T1isvKm:ref ]

From: luiz eduardo Moraes (luiwrjj@gmail.com)

To:    andradesnotary_taxservice@yahoo.com

Date: Wednesday, January 18, 2023 at 11:54 AM PST

Sent from my iPhone

Begin forwarded message:

**From:** Expressclaims <greyhound.expressclaims@greyhound.com>
**Date:** October 21, 2022 at 10:36:34 PDT
**To:** luiwrjj@gmail.com
**Subject:** Greyhound Package Express-Claims department   [ ref:_00D30150b._5001T1isvKm:ref ]

Dear Customer,

We have reviewed the claim under Busbill# **3090316614** that you submitted for the loss of your property.
Please accept our apologies for any inconvenience you experienced.

**The package was released to the recipient on 09/08/2022, therefore we are closing the loss claim
that was filed. If you did not receive all of your shipments please revise your claim form and
provide an itemized list.**

We appreciate your patronage and hope that you will continue to give us the opportunity to provide your
shipping needs in the future.

Sincerely,

Customer Support
1.800.739.5020|Greyhound.expressclaims@greyhound.com

-------------- Original Message ---------------
**From:** Expressclaims [greyhound.expressclaims@greyhound.com]
**Sent:** 8/29/2022 11:17 AM
**To:** luiwrjj@gmail.com
**Subject:** Package Express Claims / Case 196320 [ ref:_00D30150b._5001T1isvKm:ref ]

Dear Mr. de Moraes,

This letter will acknowledge the receipt of the claim you submitted regarding your loss express
shipment transported under waybill **GLI-3090316614** dated **August 27, 2022**.

In accordance with the Bus Industry tariff regulations, we are permitted sixty days, from the filing
date of your claim, in which to search for delayed or missing Package Express shipments.

At this time, your claim is still being reviewed. This file is scheduled for final review on **October
27, 2022**

If your address has changed since the submission of your claim, please forward your change of
address in writing to our email address as shown above.

We sincerely apologize for any inconvenience this has caused you.

Sincerely,

*Customer Support*
*1.800.739.5020*
*Greyhound.expressclaims@greyhound.com*

ref:_00D30150b._5001T1isvKm:ref

# EXHIBIT 2

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| LUIZ EDUARDO LIMA DE MORAES 1970 E 16TH ST, APT N301 NEWPORT BEACH, CA, 92663 TELEPHONE NO.: 973-262-7294  FAX NO. *(Optional):* E-MAIL ADDRESS *(Optional):* ATTORNEY FOR *(Name):* | **FILED** Superior Court of California County of Los Angeles **JUL 26 2023** David W. Slayton, Executive Officer/Clerk of Court By: A. Miranda, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 275 MAGNOLIA AVE
MAILING ADDRESS:
CITY AND ZIP CODE: LONG BEACH - 90802
BRANCH NAME: GOV. GEORGE DEUKMEJIAN COURTHOUSE

PLAINTIFF/PETITIONER: LUIZ E. LIMA DE MORAES
DEFENDANT/RESPONDENT: GREYHOUND LINES INC

CASE NUMBER: 23LBCV00973

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):* GREYHOUND LINES INC

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: PATRIOT TOWER, 350 NORTH St PAUL ST, DALLAS TEXAS, 75201

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*  (2) at *(time):*

   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: LUIZ E LIMA DE MORAES | CASE NUMBER: |
| DEFENDANT/RESPONDENT: GREYHOUND LINES INC | 23 LBVC 00 973 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*           (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)

                         ☐ other:

7.  **Person who served papers**

  a. Name:

  b. Address:

  c. Telephone number:

  d. **The fee** for service was: $

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner   ☐ employee   ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

▶

_____       _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

  **PROOF OF SERVICE OF SUMMONS**   

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

## CONSTABLE'S RETURN

**Style of Case:** LUIZ E. LIMA DE MORAES  VS.  GREYHOUND LINES INC., AND DOES 1 THROUGH 10, INCLUSIVE.

**Came into hand, this** __17__ **day of** __JULY__ __,20 23__ AT __1:42__

o'clock **P** M. by executing and delivering a **NOTICE OF CASE MANAGEMENT CONFER** issued out of the

state of **CALIFORNIA** under cause number: **23LBCV0097 3** On this **18** Day

Of __JULY__ , 20 __23__ , at __2:00__ o'clock **P** M., to:

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 536, to an occupant:

_____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely  attaching

and/or affixing to the _____ of the defendant's last known place of
☐ business    ☐ abode.

☒  **GREYHOUND LINES INC.,** _____    ☐ **A Corporation**    ☐ **A Business**

**Name:** __CT CORPORATION SYSTEM__    ☐ **President** ☐ **Vice-President** ☒ **Registered Agent**

☒  **By delivering to the defendant's registered agent for service:  CT CORPORATION SYSTEM through Their authorized agent to accept service: TERRI THONGSAVAT; _SERVICE OF PROCESS INTAKE ASSOCIATE_**

**at 1999 BRYAN ST STE 900 Dallas, Texas 75201.**

**Service Address:**    __1999 BRYAN ST STE 900 DALLAS TEXAS 75201__    (DALLAS COUNTY)

☐  **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

_____

**Service Fees: $**   __80.00__

_P. Clark #116_

**P. Clark #116,  DEPUTY CONSTABLE**
**TRACEY L. GULLEY, CONSTABLE**
**DALLAS COUNTY PRECINCT 1**

**COUNTY OF DALLAS**

**STATE OF TEXAS**

**SIGNED AND SWORN BY SAID** _P. Clark #116_ ,before me, this _19_

**Day Of** _July_ 20 _23_ , to certify which, witness my hand and seal of office.

_____
**NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS**

SHUNTAVIA  SIMS
Notary ID # 133654179
My Commission Expires
April 28, 2026

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
Governor George Deukmejian Courthouse
275 Magnolia Ave, Long Beach, CA 90802

PLAINTIFF:
Luiz E Lima De Moraes

DEFENDANT:
Greyhound Lines Inc.

028037

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

06/07/2023

David W. Slayton, Executive Officer / Clerk of Court

By: _____ A. Miranda _____ Deputy

### NOTICE OF CASE MANAGEMENT CONFERENCE

CASE NUMBER:
23LBCV00973

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

| Date: 11/06/2023 | Time: 8:30 AM | Dept.: S26 |

NOTICE TO DEFENDANT:    THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: ___06/07/2023___

___Michael P. Vicencia / Judge___
Judicial Officer

---

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in ___Long Beach___, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

Luiz E Lima De Moraes
1970 E 16TH ST.
N301
Newport Beach, CA 92663

David W. Slayton, Executive Officer / Clerk of Court

Dated: ___06/07/2023___

By ___A. Miranda___
Deputy Clerk

LACIV 132 (Rev. 07/13)
LASC Approved 10-03
For Optional Use

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

Cal. Rules of Court, rules 3.720-3.730
LASC Local Rules, Chapter Three

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GREYHOUND LINES INC. ; and DOES 1 TO 10

**FILED**
Superior Court of California
County of Los Angeles

**JUN 05 2023**

David W. Slayton, Executive Officer/Clerk of Court

By: A. Miranda, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LUIZ E. LIMA DE MORAES

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Governor George Deukmejian Courthouse<br>275 Magnolia<br>Long Beach CA 90802 | CASE NUMBER:<br>*(Número del Caso):*<br>**23LBCV00973** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LUIZ E. LIMA DE MORAES                (973)262-7294
1970 E. 16TH ST APT N301, New Port Beach, CA 92663

DAVID W. SLAYTON

| DATE:<br>*(Fecha)* **JUN 0 5 2023** | Clerk, by<br>*(Secretario)* **A. MIRANDA** | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* GREYHOUND LINES INC.

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

LUIZ E. LIMA DE MORAES
1970 E. 16TH ST APT N301
NEWPORT BEACH, CA 92663
(973)262-7294
luiwrjj@gmail.com

IN PRO-PER

**FILED**
Superior Court of California
County of Los Angeles

**JUN 05 2023**

David W. Slayton, Executive Officer/Clerk of Court
By: A. Miranda, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES, GOVERNOR GEORGE DEUKMEJIAN COURTHOUSE

SOUTH DISTRICT

|  |  |
|---|---|
| LUIZ E. LIMA DE MORAES, <br><br> Plaintiff, <br><br> vs. <br><br> GREYHOUND LINES INC., and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No.: **23LBCV00973** <br><br> Date: 1/20/2023 <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **1. BREACH OF CONTRACT** <br> **2. BREACH OF IMPLIED WARRANTY OF DELIVERY OF VALUABLES** <br> **3. LOSS OF VALUABLE GOODS NEGLIGENCE** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, LUIZ E. LIMA DE MORAES, ("Plaintiff") an individual, alleges against

Defendant GREYHOUND LINES INC. ("Defendant"), an individual, and DOES 1-10, inclusive

as follows:

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

## I.   THE PARTIES

1.   Plaintiff, LUIZ E. LIMA DE MORAES, is and was at all relevant times, a resident of the State of California.

2.   Defendant, GREYHOUND LINES, Inc., is and was at all relevant times, an Express Package Delivery Company in the State of California.

3.   Plaintiff is unaware of the true names and capacities, whether individual, corporate, agent, representative, or otherwise, of the Defendants named herein as DOES 1 through 10 and therefore sue such Defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that DOES 1 through 10 are persons, corporations, partnership, or other entities that were agents of Defendants, or have directed, approved, committed, colluded with Defendants to commit, participated in, or added and abetted the acts and transactions alleged in this complaint. Each is therefore liable for the acts alleged in this complaint. The true names, capacities, and/or roles of DOES 1-10 are unknown to Plaintiffs, and Plaintiffs will amend this complaint when their true names, capacities, and roles are known.

4.   Plaintiff alleges that, at all material times herein mentioned, each Defendant was the agent, principal, servant, representative, employer, employee, joint venturer, co-conspirator, partner of any kind), parent, subsidiary, affiliate and/or alter ego with the authority and consent of the remaining co-Defendants except where otherwise specially described.

5.   Plaintiff alleges that Defendants conspired to and did commit the misconduct herein alleged in furtherance of their conspiracy to accomplish their unlawful purposes. Defendants, and each of them, caused injury to Plaintiff.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

1    expensive clothing, shoes, sunglasses, watches, power tools, tools, backpacks, and more personal

2    things that were a value to Plaintiff.

3
4    10. At the conclusion Plaintiff beliefs that missing boxes were stolen from someone that

5    works or provides services for Defendant because the 7 boxes that were received by Plaintiff it

6    seemed like someone had previously opened the boxes with a knife or a sharp object to see what

7    was inside. Plaintiff had previously covered the boxes all around with plastic and tape when

8    shipped and when Plaintiff received boxes looked like plastic was cut and retaped.

9
10    11. On August 27, 2022 Plaintiff immediately contacted Defendant to notify that there was 5

11    boxes still missing and filed a claim statement with Defendant. **See Exhibit C**

12    12. On August 29, 2022 Defendant emailed Plaintiff a letter acknowledging the receipt of

13    claim that Plaintiff had submitted regarding the loss of shipment and claim number #GLI-

14    3090314062 was provided by Defendant. Defendant also informed Plaintiff that claim was still

15    being reviewed and that final review was scheduled to be on October 27, 2022. **See Exhibit D**

16
17    13. On October 21, 2022 Plaintiff received an apology letter by email from Defendant stating

18    that Defendant had reviewed claim under Busbill#3090316614 that Plaintiff had submitted for

19    the loss of property. Defendant stated that package had been released to recipient on 09/08/2022,

20    therefore Defendant was closing the loss claim that was filed. Defendant also stated that if

21    Plaintiff did not receive all of the shipments to revise and provide an itemized list. **Exhibit E**

22
23    14. Plaintiff made many attempts by calling Defendant to review his claim again but to his

24    surprise Plaintiff was told by a recorded message by phone that Defendant ("Greyhound Lines,

25    Inc. ") had shut down the customer service number and entire company. That Defendant

26    ("Greyhound Lines, Inc.") was no longer offering shipping service. Plaintiff was informed that

27    any questions should be done by email.

28    COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

## II.  JURISDICTION AND VENUE

6.  Jurisdiction and venue are proper in this Court under California Code of Civil Procedure §§ 395(a), 395.5 *et. Seq.* because a substantial part of the events or omissions giving rise to the claims occurred in this County because the conduct and at issue occurred in this county.

## III.  GENERAL ALLEGATIONS

7.  On or around July 29, 2022, Plaintiff hired the Defendant ("Greyhound Lines, Inc.") for package delivery service to have 8 large boxes be shipped to Plaintiffs new home in Long Beach, California from his old home in New Jersey. Defendant emailed Plaintiff a thank you letter for the purchase of Greyhound shipment. An order number #855454 for tracking was provided and 8 shipping labels to have them taped to the boxes were also attached to the email received on 07/29/2022. **See Exhibit A**

8.  On or around August 1, 2022, Plaintiff hired and paid $442.68 on August 2, 2022 to the Defendant ("Greyhound Lines, Inc.") for package delivery service to have 4 large boxes be shipped to Plaintiffs new home in Long Beach, California from his old home in in New Jersey. Defendant emailed Plaintiff a thank you letter for the purchase of Greyhound shipment. An order number #859159 for tracking was provided and 4 shipping labels to have them taped to the boxes were also attached to the email received on 08/01/2022.  **See Exhibit B**

9.  Over the course of waiting for almost a month, Plaintiff received part of the boxes that he had shipped with Defendants shipping service. Plaintiff received only 7 out 12 boxes that Plaintiff had shipped with Defendants shipping services. Plaintiff became frustrated when he saw that the 5 boxes that were still not delivered and missing and were the ones that had the most valuable goods such as electronics, speakers, surveillance cameras, Apple watch, decorations,

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

expensive clothing, shoes, sunglasses, watches, power tools, tools, backpacks, and more personal things that were a value to Plaintiff.

10. At the conclusion Plaintiff beliefs that missing boxes were stolen from someone that works or provides services for Defendant because the 7 boxes that were received by Plaintiff it seemed like someone had previously opened the boxes with a knife or a sharp object to see what was inside.  Plaintiff had previously covered the boxes all around with plastic and tape when shipped and when Plaintiff received boxes looked like plastic was cut and retaped.

11. On August 27, 2022 Plaintiff immediately contacted Defendant to notify that there was 5 boxes still missing and filed a claim statement with Defendant. **See Exhibit C**

12. On August 29, 2022 Defendant emailed Plaintiff a letter acknowledging the receipt of claim that Plaintiff had submitted regarding the loss of shipment and claim number #GLI-3090314062 was provided by Defendant. Defendant also informed Plaintiff that claim was still being reviewed and that final review was scheduled to be on October 27, 2022. **See Exhibit D**

13. On October 21, 2022 Plaintiff received an apology letter by email from Defendant stating that Defendant had reviewed claim under Busbill#3090316614 that Plaintiff had submitted for the loss of property. Defendant stated that package had been released to recipient on 09/08/2022, therefore Defendant was closing the loss claim that was filed. Defendant also stated that if Plaintiff did not receive all of the shipments to revise and provide an itemized list. **Exhibit E**

14. Plaintiff made many attempts by calling Defendant to review his claim again but to his surprise Plaintiff was told by a recorded message by phone that Defendant ("Greyhound Lines, Inc. ") had shut down the customer service number and entire company. That Defendant ("Greyhound Lines, Inc.") was no longer offering shipping service. Plaintiff was informed that any questions should be done by email.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

# FIRST CAUSE OF ACTION

**(Breach of Contract- Against Greyhound Lines Inc. and All DOE Defendants)**

15. Plaintiff realleges each and every allegation contained in the foregoing paragraphs of the Complaint as it set forth in full herein.

16. Plaintiff and Defendant ("Greyhound Lines Inc.") had an agreement for Greyhound Lines Inc. to deliver the Boxes to Plaintiff in express manner and good condition as described herein and attached as **Exhibit A.**

17. As described above, Defendants have failed to fulfill their obligations under the AGREEMENT.

18. As a direct and proximate result of Defendants' wrongful acts, Plaintiff has been damaged in a sum not yet fully known but Plaintiff will set forth such sum when more fully known or at the time of trial.

19. As a further direct and proximate result of Defendants 'actions against Plaintiff, as alleged above, Plaintiff has suffered and continues to suffer general damages including but not limited to significant and enduring emotional distress including mental anguish and physical distress, injury to mind and body, in a sum to be proven at time of trial.

# SECOND CAUSE OF ACTION

**(Breach of Express Warranty- Against Greyhound Lines Inc. and All DOE Defendants)**

20. Plaintiff re-alleges and incorporates by reference paragraphs 1-19, above inclusive, as though fully set forth herein.

21. Plaintiff's purchase of delivery service was accompanied by Defendants' express warranty from Greyhound Lines Inc. and all DOE defendants.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

22. The defects and nonconformities manifested themselves within the applicable express warranty period. The nonconformities impair the use of valuable goods.

23. Plaintiff has notified Defendants of the missing boxes of valuable goods on numerous occasions and has spent almost six months waiting to receive his valuable goods delivered. By failing to deliver my valuable goods as alleged above, or to issue a refund or replacement, Defendants are in breach of their obligations under the express warranty.

24. As a direct and proximate result of Defendants' wrongful acts, Plaintiff LUIZ E. LIMA DE MORAES has been damaged in a sum not yet fully know but in excess of $40,000. Plaintiff will set forth such sum when more fully known or at the time of trial.

## THIRD CAUSE OF ACTION

### (Negligence For Loss of Goods- Against Greyhound Lines Inc. and All DOES)

25. Plaintiff incorporates all preceding paragraphs as though alleged in full in this cause of action.

26. Defendant and their agents negligently engaged in certain acts as alleged herein and above, which proximately resulted in injury and emotional distress to Plaintiff.

27. At all times herein, Defendants knew, or in the exercise of ordinary care should have known, that unless Defendants and their agents ceased to engage in the aforementioned acts, or intervened to protect Plaintiffs' valuable goods, as alleged herein, that the conduct would continue , thereby subjecting Plaintiff to personal injury and emotional distress.

28. As a direct, proximate and foreseeable result of Defendants' actions against Plaintiff, as alleged above, Plaintiff has suffered special damages in an amount to be proven at time of trial, in excess of the minimum jurisdictional requirements of this court.

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

29. As a further direct and proximate result of Defendants' actions against Plaintiff, as alleged above, Plaintiff has suffered and continues to suffer general damages including but not limited to significant and enduring emotional distress including mental anguish and physical distress, injury to mind and body, in a sum to be proven at time of trial, in excess of the minimum jurisdictional requirements of this court.

30. Defendants' intentional act resulted in foreseeable emotional distress to Plaintiff, and Defendants' actions were fraudulent, malicious and oppressive. Plaintiff is thus entitled to and herein seeks punitive and exemplary damages from Defendants, in an amount according to proof at trial, to punish Defendants and others from engaging in similar future conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in the amount of $40,000

2. For special damages according to proof at trial;

3. For punitive damages in a sum according to proof at trial;

4. For other monetary damages according to proof at trial;

5. For costs of suit incurred in this action; and

6. For such other and further relief as the court deems proper.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 20th day of January, 2023 in the City of Long Beach, CA

*Luiz Eduardo Lima De Moraes*

LUIZ E. LIMA DE MORAES, Plaintiff

COMPLAINT FOR DAMAGES:1. BREACH OF CONTRACT 2. NEGLIGENCE 3. NEGLIGENCE -LOSS OF VALUABLE GOODS

# EXHIBIT (A)

Yahoo Mail - Fwd: GPX Ship Labels

## Fwd: GPX Ship Labels

From:  luiz eduardo Moraes (luiwrjj@gmail.com)

To:     andradesnotary_taxservice@yahoo.com

Date:  Wednesday, January 18, 2023 at 11:51 AM PST

Sent from my iPhone

Begin forwarded message:

**From:** Kevin Pierce <kevdaneane@mac.com>
**Date:** July 29, 2022 at 07:20:10 PDT
**To:** luiwrjj@gmail.com
**Subject: GPX Ship Labels**

Luiz,

Thank you for choosing Busfreighter.com to purchase your Greyhound shipment.

**\* Please be advised that courier service is for Ground Floor only unless there is elevator access. If no elevator access, the shipment will need to be picked up and/or delivered at the Ground Floor entrance. Couriers are *requested* to call 30 minutes prior to their arrival.**

**\*\*NOTE: Time estimates provided are *not guaranteed* but provided as general guidance for planning purposes. Larger/oversized items/shipments may experience longer than estimated transit times. Transit times are indicated in business days.**

If you have any issues please contact **Greyhound Package Express** Customer Care Team at 1-800-739-5020 or email Greyhound.Support@Greyhound.com. You should reference your GPX order number listed below. They will be more than happy to assist you.

Attached are your shipping labels. Simply print, cutout and tape to your boxes.

**Your GPX order number is 855454 and Your tracking number will be assigned once processed at your local Greyhound terminal.**

Thanks again,

Tracy
Busfreighter.com

## What is the maximum weight and size per box accepted by Greyhound© Package Express?

Maximum weight per piece is 100 pounds and the maximum size that will fit under the bus is
29"x47"x82". Items exceeding the above weight and/or size will NOT be accepted by Greyhound
Package Express for transport.

## Why is the receipt I received from Greyhound different from the amount paid to Busfreighter?

The amount on the receipt is the amount Greyhound charges Busfreighter.com and is substantially
discounted (even more discounted than the discounted rates offered by Busfreighter). The
difference/variance in pricing is how the website generates income.  In all cases, refer to your
Busfreighter order details regarding weight allowances and such to determine if additional
accessorial rates may be applicable...not to the rate documentation or information provided at the
station.

 Screen Shot 2019-08-27 at 7.46.38 AM.png
15.3kB

 GPX.pdf
36.3kB

SRef#
CBL#
PO#
Total Weight: 500
Total Pieces: 8

855454



## GPX AGENT PLEASE ADD BUSBILL

**Piece 1 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**

---

SRef#
CBL#
PO#
Total Weight: 500
Total Pieces: 8

855454

## GPX AGENT PLEASE ADD BUSBILL

**Piece 2 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**

---

SRef#
CBL#
PO#
Total Weight: 500
Total Pieces: 8

855454

## GPX AGENT PLEASE ADD BUSBILL

**Piece 3 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



**1-800-739-5020**

---

SRef#
CBL#
PO#
Total Weight: 500
Total Pieces: 8

855454

## GPX AGENT PLEASE ADD BUSBILL

**Piece 4 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



---

SRef#
CBL#
PO#
Total Weight: 500
Total Pieces: 8

855454

## GPX AGENT PLEASE ADD BUSBILL

**Piece 5 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



---

SRef#
CBL#
PO#
Total Weight: 500
Total Pieces: 8

855454

## GPX AGENT PLEASE ADD BUSBILL

**Piece 6 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294




1-800-739-5020

1-800-739-5020

| | |
|---|---|
| SRef# | Total Weight: 500 |
| CBL# | |
| PO# | Total Pieces: 8 |

855454



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 7 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



1-800-739-5020

| | |
|---|---|
| SRef# | Total Weight: 500 |
| CBL# | |
| PO# | Total Pieces: 8 |

855454



**GPX AGENT PLEASE ADD BUSBILL**

**Piece 8 of 8**

Ship to:

Luiz Eduardo De Moraes-DLVYRQD
Luiz Eduardo De Moraes-DLVYRQD
325 1/2 Daisy Ave
Long Beach, CA 90802
9732627294



1-800-739-5020

**EXHIBIT (B)**

Yahoo Mail - Fwd: GPX Ship Labels

## Fwd: GPX Ship Labels

From: luiz eduardo Moraes (luiwrjj@gmail.com)

To:     andradesnotary_taxservice@yahoo.com

Date: Wednesday, January 18, 2023 at 11:51 AM PST


Sent from my iPhone

Begin forwarded message:

> **From:** Kevin Pierce <kevdaneane@mac.com>
> **Date:** August 1, 2022 at 12:37:00 PDT
> **To:** luiwrjj@gmail.com
> **Subject: GPX Ship Labels**



Luiz,

Thank you for choosing Busfreighter.com to purchase your Greyhound shipment.

**\* Please be advised that courier service is for Ground Floor only unless there is elevator access. If no
elevator access, the shipment will need to be picked up and/or delivered at the Ground Floor entrance.**

NOTE: Time estimates provided are not guaranteed but provided as general guidance for planning
purposes. Larger/oversized items may experience longer than estimated transit times.

If you have any issues please contact **Greyhound Package Express** Customer Care Team at 1-800-739-
5020 or email Greyhound.Support@Greyhound.com. You should reference your GPX order number listed
below. They will be more than happy to assist you.

Attached are your shipping labels. Simply print, cutout and tape to your boxes.

   **Your GPX order number is 859159 and Your tracking number will be assigned once
   processed at your local Greyhound terminal.**

Thanks again,

Kenny
Busfreighter.com


## What is the maximum weight and size per box accepted by Greyhound© Package Express?

Yahoo Mail - Fwd: GPX Ship Labels

Maximum weight per piece is 100 pounds and the maximum size that will fit under the bus is 29"x47"x82". Items exceeding the above weight and/or size will NOT be accepted by Greyhound Package Express for transport.

## Why is the receipt I received from Greyhound different from the amount paid to Busfreighter?

The amount on the receipt is the amount Greyhound charges Busfreighter.com and is substantially discounted (even more discounted than the discounted rates offered by Busfreighter). The difference/variance in pricing is how the website generates income. In all cases, refer to your Busfreighter order details regarding weight allowances and such to determine if additional accessorial rates may be applicable...not to the rate documentation or information provided at the station.

 busfreighterlogo.gif
5.1kB

 GPX Ship Labels.pdf
21.8kB

SRef# | Total Weight: 200
CBL#
PO#  | Total Pieces: 4

859159



## GPX AGENT PLEASE ADD BUSBILL

**Piece 1 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



**1-800-739-5020**

---

SRef# | Total Weight: 200
CBL#
PO#  | Total Pieces: 4

859159

GPX AGENT PLEASE ADD BUSBILL

**Piece 2 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



**1-800-739-5020**

---

SRef# | Total Weight: 200
CBL#
PO#  | Total Pieces: 4

859159

GPX AGENT PLEASE ADD BUSBILL

**Piece 3 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294



**1-800-739-5020**

---

SRef# | Total Weight: 200
CBL#
PO#  | Total Pieces: 4

859159



## GPX AGENT PLEASE ADD BUSBILL

**Piece 4 of 4**

Ship to:

Luiz Eduardo De Moraes - DLVRY RQD
Luiz Eduardo De Moraes - DLVRY RQD
325 1/2 Daisy Ave
Long Beach, CA 90802
973-262-7294





```
GPX   PPD                02AUG22 09:06A           ** SHIPPER RECEIPT **

EXPRESS $ 194.00    Manual Wght:  406.0      ZONE:  H      GLI 3090314062
VALUE   $  12.00
PICK UP $ 142.00     Tariff Wght:  410.0
DELIVERY $  38.50
FUEL-SC $  56.18    Pcs: 8  Declared Val:    $1000.00

AMT PPD $ 442.68    From:  NEWARK, NJ

DELIVERY $             To:  LOS ANGELES, CA
FUEL-SC  $
STORAGE  $          RECV:  LUIZ EDUARDO DE MORAES-DLVYRQD

AMT DUE  $                 325 1/2 DAISY AVE


                          LONG BEACH, CA 90802

                          Phone:  973-262-7294

                   SHIP:  DABENT (DOOR-TO-DOOR)

                          Phone:  973-262-7294      Account:  0475629

                   PAID:  ACCT                      PO/Ref: 513724

                   Agency Phone: (973)622-4704      WWW.SHIPGREYHOUND.COM
```

about:blank

Yahoo Mail - Fwd: 0001309031406 request reimbursement

2/3

# EXHIBIT (C)

Fwd: 00013090314062 request reimbursement

From:  luiz eduardo Moraes (luiwrjj@gmail.com)

To:    andradesnotary_taxservice@yahoo.com

Date:  Wednesday, January 18, 2023 at 11:57 AM PST

Sent from my iPhone

Begin forwarded message:

> **From:** luiz eduardo Moraes <luiwrjj@gmail.com>
> **Date:** August 27, 2022 at 16:01:14 PDT
> **To:** greyhound.expressclaims@greyhound.com
> **Subject: 00013090314062 request reimbursement**

# GREYHOUND LINES, INC.

☐ LOSS ☐ DAMAGE ☒ OTHER

## EXPRESS TRACER/CLAIM STATEMENT

Greyhound Lines, Inc.
Attn: Package Express Department
350 N. St. Paul Street • Dallas, Texas 75201
Fax: 214.594.3187
Email: Greyhound.Expressclaims@greyhound.com

Date: 03-27-2022

Name: Luiz Edundo Lima de Moraes

Address: 325 12 Daisy Ave

City/State/Zip: Long beach CA 90802

Email: lwmor@gmail.com

This claim for $ 25.000 is made against (carrier name): Greyhound

If claim is for loss, accurately describe the outside appearance of the container including the size, color, type of material; identifying labels, etc. If baggage, describe type, make, material and color (see chart on reverse side of copy no. 3). Description of shipment(s):

Clothes, sheets set, bath towels, electronics, speakers, notebook, power tools, religious statues, kitchen stuffs, personal hygiene products

| | | |
|---|---|---|
| TYPE ☒ PREPAID ☐ COLLECT ☐ C.O.D | NAME OF ISSUER CANCEL | |
| WAYBILL # | DATE ISSUED 08-02-2022 | DECLARED VALUE 1000 us | WEIGHT 406 lbs | NUMBER OF PIECES ☒ SHIPPED ☐ RECEIVED |

Name and Address of Shipper: Luiz Edundo Lima de Moraes 325 12 Daisy Ave Long beach CA 90802

Name and Address of Consignee (To Whom Shipped):

List and describe every item in your shipment which has been lost or damaged as indicated below. This list must be complete.

| QUANTITY | DESCRIPTION OF ARTICLES (Indicate brand name, type, material, color, and nature and extent loss/damage) | COST TO CLAIMANT | PERSONAL EXPRESS ONLY | |
|---|---|---|---|---|
| | | | DATE OF PURCHASE | PRESENT DEPRE-CIATED VALUE |
| | clothes sheets set bath towels, electronics speakers notebook power tools, religious statues kitchen stuffs personal hygiene products | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If more space is needed, attach another sheet.
If property is covered by insurance, give the name and address of the insurance Company.

**IMPORTANT:** The Original Copy of the Buabill, and any Sales Slips, Invoices, or other verification of the purchase value of articles listed above, must be attached to this Statement.
The foregoing statement of facts is hereby certified to as correct.

| Tracing Agent: | | Claimant Signature: Luiz de Moraes Date 08/27/2022 |
|---|---|---|
| Location: | | Title: |
| Date of Tracer: | Date Claim Received: | Phone No: 9732627274 Secondary Phone No: |

NBTA-021 (REV 12/21)                    CLAIM DEPARTMENT

Hi, I am writing this claim to try to get my belongs back to me or at least obtain a fair compensation for the incident that we had with my shipment that never arrived. I ask for you guys to track my boxes and delivery that to me ASAP, otherwise I will have to take legal actions against greyhound to resolve this matter. I spent money and time to buy new bath towels, kit stuffs, sheets for my bed and some clothes for myself due this big inconvenience made for you guys. Please respond to my request asap.
Sent from my iPhone

Yahoo Mail - Fwd: Tracking 4800317814 reimbursement

# GREYHOUND LINES, INC.

☐ LOSS ☐ DAMAGE ☒ OTHER

## EXPRESS TRACER/CLAIM STATEMENT

Greyhound Lines, Inc.
Attn: Package Express Department
350 N. St. Paul Street • Dallas, Texas 75201
Fax: 214.594.3187
Email: Greyhound.Expressclaims@greyhound.com

DATE ISSUED: 08-27-2022

CLAIMANT:
NAME: Luiz Edvardo Lund de Moraes
ADDRESS: 325 1/2 Daisy Ave
CITY/STATE/ZIP: Long beach 90802
EMAIL ADDRESS: luturrjg@gmail.com

FILE NO:

This claim for $ 1000 is made against (carrier name): Greyhound

If claim is for loss, accurately describe the outside appearance of the container indicating the size, color, type of material, identifying label etc. If baggage, describe type, make, material and color (see chart on reverse side of copy no. 3). Description of shipment(s):

Clothes, sheets set, bath towels, electronics, speakers, notebook, power tools, religious statues, kitchen stuffs, personal hygiene products

TYPE: ☒ PREPAID ☐ COLLECT ☐ C.O.D.

NAME OF ISSUING CARRIER:

NUMBER:

DATE ISSUED: 08-02-2022

DECLARED VALUE: 1000
WEIGHT: 165 LBS.
NUMBER OF PIECES: 4 SHIPPED / 0 RECEIVED

Name and Address of Shipper: Luiz Edvardo Lund de Moraes. 325 1/2 Daisy Ave Long beach CA. 90802.

Name and Address of
Consignee (To Whom Shipped):

List and describe every item in your shipment which has been lost or damaged as indicated below. This list must be complete.

| QUANTITY | DESCRIPTION OF ARTICLES (Indicate trade name, type, material, color, and nature and extent loss/damage) | COST TO CLAIMANT | DATE OF PURCHASE | PRESENT DEPRECIATED VALUE |
|---|---|---|---|---|
| | clothes, sheets set, bath towels, electronics, speakers, notebook, power tools, religious statues, kitchen stuffs, personal hygiene products | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more space is needed, attach another sheet.
If property is covered by insurance, give the name and address of the Insurance Company:

TOTAL

**IMPORTANT:** The Original Copy of the Busbill, and any Sales Slips, Invoices, or other verification of the purchase value of articles listed above must be attached to this Statement.
The foregoing statement of facts is hereby certified to as correct.

Tracing Agent:

Location:

Date of Tracer:

Date Claim Received:

Claimant Signature: Luiz de Moraes    Date: 08/27/2

Title:

Phone No: 9932627294   Secondary Phone No:

# EXHIBIT (D)

Fwd: Package Express Claims / Case 196325 [ ref:_00D30150b._5001T1isvrM:ref ]

From: luiz eduardo Moraes (luiwrjj@gmail.com)

To: andradesnotary_taxservice@yahoo.com

Date: Wednesday, January 18, 2023 at 11:53 AM PST

Sent from my iPhone

Begin forwarded message:

> **From:** Expressclaims <greyhound.expressclaims@greyhound.com>
> **Date:** August 29, 2022 at 08:22:03 PDT
> **To:** luiwrjj@gmail.com
> **Subject: Package Express Claims / Case 196325   [ ref:_00D30150b._5001T1isvrM:ref ]**

Dear Mr. de Moraes,

This letter will acknowledge the receipt of the claim you submitted regarding your loss express shipment transported under waybill **GLI-3090314062** dated **August 27, 2022**.

In accordance with the Bus Industry tariff regulations, we are permitted sixty days, from the filing date of your claim, in which to search for delayed or missing Package Express shipments.

At this time, your claim is still being reviewed. This file is scheduled for final review on **October 27, 2022**.

If your address has changed since the submission of your claim, please forward your change of address in writing to our email address as shown above.

We sincerely apologize for any inconvenience this has caused you.

Sincerely,

*Customer Support*
*1.800.739.5020*
*Greyhound.expressclaims@greyhound.com*

ref:_00D30150b._5001T1isvrM:ref

EXHIBIT (E)

# Fwd: Greyhound Package Express-Claims department [ ref:_00D30150b._5001T1isvKm:ref ]

From:  luiz eduardo Moraes (luiwrjj@gmail.com)

To:     andradesnotary_taxservice@yahoo.com

Date:   Wednesday, January 18, 2023 at 11:54 AM PST


Sent from my iPhone

Begin forwarded message:

> **From:** Expressclaims <greyhound.expressclaims@greyhound.com>
> **Date:** October 21, 2022 at 10:36:34 PDT
> **To:** luiwrjj@gmail.com
> **Subject: Greyhound Package Express-Claims department   [ ref:_00D30150b._5001T1isvKm:ref ]**
>
> Dear Customer,
>
> We have reviewed the claim under Busbill# **3090316614** that you submitted for the loss of your property. Please accept our apologies for any inconvenience you experienced.
>
> **The package was released to the recipient on 09/08/2022, therefore we are closing the loss claim that was filed. If you did not receive all of your shipments please revise your claim form and provide an itemized list.**
>
> We appreciate your patronage and hope that you will continue to give us the opportunity to provide your shipping needs in the future.
>
> Sincerely,
>
> Customer Support
> 1.800.739.5020|Greyhound.expressclaims@greyhound.com
>
>
> -------------- Original Message ---------------
> **From:** Expressclaims [greyhound.expressclaims@greyhound.com]
> **Sent:** 8/29/2022 11:17 AM
> **To:** luiwrjj@gmail.com
> **Subject:** Package Express Claims / Case 196320 [ ref:_00D30150b._5001T1isvKm:ref ]
>
> Dear Mr. de Moraes,
>
> This letter will acknowledge the receipt of the claim you submitted regarding your loss express shipment transported under waybill **GLI-3090316614** dated **August 27, 2022.**
>
> In accordance with the Bus Industry tariff regulations, we are permitted sixty days, from the filing date of your claim, in which to search for delayed or missing Package Express shipments.
>
> At this time, your claim is still being reviewed. This file is scheduled for final review on **October 27, 2022.**
>
> If your address has changed since the submission of your claim, please forward your change of address in writing to our email address as shown above.

We sincerely apologize for any inconvenience this has caused you.

Sincerely,

*Customer Support*
*1.800.739.5020*
*Greyhound.expressclaims@greyhound.com*

ref:_00D30150b._5001T1isvKm:ref



**TRACEY L. GULLEY**
**CONSTABLE PRECINCT 1**
**8301 S. POLK ST., STE. 1200**
**DALLAS, TEXAS 75232**

Superior Court of California
275 Magndia Ave
Long Beach, CA 90802

RECEIVED
LOS ANGELES SUPERIOR COURT

JUL 25 2023

By: _____
Exam___

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

## CERTIFICATE OF SERVICE

**Luiz De Moraes v Greyhound Lines, et al.**
**Los Angeles Superior Court Case No. 23LBCV00973**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Sacramento, State of California.  My business address is 801 K Street, Suite 2100, Sacramento, California 95814.

On August 17, 2023, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Luiz E Lima De Moraes                         (973) 262-7294
1970 E. 16th Street, Apt N301             Email:  luiwrjj@gmail.com
Newport Beach, CA  92663
                                                          PLAINTIFF IN PRO PER

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Klinedinst PC for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Sacramento, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address jchalmers@klinedinstlaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 17, 2023, at Sacramento, California.


                                        _/s/ Jodie Chalmers_
                                        Jodie Chalmers

22994343.1

1