|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIZ E LIMA DE MORAES,   | Case No. 2:23-cv-06764-FLA (ASx) |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |
| GREYHOUND BUSLINE INC., | |
| Defendant. | |

1  On January 3, 2024, the court issued its Order re: Schedule of Pretrial and Trial
2  Dates, Trial Requirements, and Conduct of Attorneys and Parties ("Trial and
3  Scheduling Order").  Dkt. 25.  Pursuant to the Trial and Scheduling Order, the parties'
4  first round of trial filings were due on September 27, 2024, and the second round of
5  trial filings were due on October 11, 2024.  *Id.* at 3.  Plaintiff Luiz E Lima De Moraes
6  ("Plaintiff"), however, did not file any of the required bench trial documents,
7  including a witness list, an exhibit list, and proposed findings of fact and conclusions
8  of law.  *See id.*
9  Accordingly, the court ORDERS as follows:
10  1.  The final pretrial conference and trial are VACATED.
11  2.  Plaintiff is ORDERED to show cause in writing within twenty-one (21)
12  days of this order why the court should not dismiss this action for lack of prosecution.
13  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to
14  prosecute).  Failure to respond timely may result in the dismissal of this action without
15  further notice.

IT IS SO ORDERED.

Dated: October 21, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge