UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIZ E LIMA DE MORAES,<br><br>            Plaintiff,<br><br>     v.<br><br>GREYHOUND BUSLINE INC.,<br><br>            Defendant. | Case No. 2:23-cv-06764-FLA (ASx)<br><br>**ORDER VACATING TRIAL DATE AND SECOND ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

On February 14, 2025, the court held a Final Pretrial Conference, at which Plaintiff Luiz E. Lima de Moraes ("Plaintiff") did not appear. Accordingly, the court ORDERS as follows:

1. The trial date is VACATED.

2. Plaintiff is ORDERED to show cause in writing why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Plaintiff's response shall be filed no later than March 4, 2025. Failure to respond timely will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: February 18, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge