JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIZ E LIMA DE MORAES,

                            Plaintiff,

        v.

GREYHOUND LINES, *et al.*,

                            Defendants.

Case No. 2:23-cv-06764-FLA (ASx)

**JUDGMENT**

Plaintiff Luiz E. Lima De Moraes ("Plaintiff") brings this action against Defendant Greyhound Lines, Inc. ("Defendant") for lost goods pursuant to 49 U.S.C. § 14706, *et seq.* (the "Carmack Amendment").  All claims have been resolved.

Accordingly, the court ADJUDGES as follows:

Judgment is ENTERED in favor of Plaintiff and against Defendant for lost goods under the Carmack Amendment.  Plaintiff is AWARDED damages in the amount of $5,101.13 against Defendant.

IT IS SO ORDERED.

Dated: March 26, 2026

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

2